LUPE MARTINEZ, CSBN 49620
Attorney at Law
1010 West Taylor Street
San Jose, California 95126
TEL: (408) 971-4249
FAX (408) 286-5705
martinez-luna@sbcglobal.net

Attorney for Defendant
JOSE ALFREDO BORRAYO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> JOSE ALFREDO BORRAYO, ) <br> ) <br> Defendant. ) | No. CR 10-00538 LKH (PSG) <br><br> STIPULATION TO EXONERATE BOND <br><br> [PROPOSED] ORDER <br><br> **Honorable Lucy H. Koh** <br> United States District Judge |

Defendant Jose Alfredo Borrayo and the government through their respective counsel, Lupe Martinez and Assistant United States Attorney John Glang, hereby stipulate as follows:

1. On September 21, 2012, conditions of release were set by Magistrate Judge Paul S. Grewal that included $100,000.00, secured by a deed of trust on the property located at 1448 Joe DiMaggio Court, San Jose, California 95122.  (ECF 9).

2. On September 21, 2012, the herein-described property was posted as security under a Short Form Deed of Trust in the amount of $100,000.00 executed by defendant's parents, Alfredo M. Borrayo and Consuelo G. Borrayo.  On the same date, the Short

Stipulation and Proposed Order to
Exonerate Bond and Reconvey Property

- 1 -

1  Form Deed of Trust was filed with the Santa Clara County Recorder as Document 21868378.

3.  On March 13, 2013, defendant entered a guilty plea pursuant to a written plea agreement and was remanded to the custody of the United States Marshal pending sentencing set for May 29, 2013. (ECF 19-20)

4.  It is stipulated that the bond posted by defendant be exonerated and the property located at 1448 Joe DiMaggio Court, San Jose, California 95122 reconveyed to Alfredo M. Borrayo and Consuelo G. Borrayo.

So Stipulated.

Date: April 8, 2013

s/s Lupe Martinez
_____
LUPE MARTINEZ
Attorney for Defendant
Jose Alfredo Borrayo

Date: April 8, 2013

s/s John Glang
_____
JOHN GLANG
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING,

IT IS ORDERED that the bond posted In the above-entitled case is hereby exonerated.

IT IS FURTHER ORDERED that the Clerk of the Court for the Northern District of California shall forthwith reconvey to Alfredo M. Borrayo and Consuelo G. Borrayo title to the property located at 1448 Joe DiMaggio Court, San Jose, California 95122

SO ORDERED.

Dated: April   9   , 2013

_Lucy H. Koh_
_____
HONORABLE LUCY H. KOH
United States District Judge

Stipulation and ~~Proposed~~ Order to
Exonerate Bond and Reconvey Property