LUPE MARTINEZ, CSBN 49620
Attorney at Law
1010 West Taylor Street
San Jose, California 95126
TEL: (408) 971-4249
FAX (408) 286-5705
martinez-luna@sbcglobal.net

Attorney for Defendant
JOSE ALFREDO BORRAYO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JOSE ALFREDO BORRAYO,<br><br>             Defendant. | No. CR 10-00538 LKH (PSG)<br><br>[~~PROPOSED~~] ORDER<br><br>**Honorable Lucy H. Koh**<br>United States District Judge |

GOOD CAUSE APPEARING,

IT IS ORDERED that sentencing in the above-entitled case is hereby continued from May 29, 2013 to June 19, 2013 at 9:30 a.m. to permit defense counsel to obtain defendant's medical records.

Dated: May__9__, 2013

_____
HONORABLE LUCY H. KOH
United States District Judge

Order

- 1 -